Case 1:11-cr-00663-AT   Document 214   Filed 07/25/22   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/25/2022
```

JOMO WILLIAMS, a/k/a "Ojo,"

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.

21 Civ. 1334 (AT)
11 Cr. 663-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On July 11, 2022, the Court issues an order denying Petitioner's motion under 28 U.S.C. § 2255 to vacate his conviction on the ground that his counsel was ineffective during trial. *See, e.g.*, No. 11 Cr. 633-2, ECF No. 212. Because the petition does not make a substantial showing of a denial of a constitutional right, the Court DENIES Petitioner's request for a certificate of appealability. *See* 28 U.S.C. § 2253.

       SO ORDERED.

Dated: July 25, 2022
       New York, New York

                                        ANALISA TORRES
                                 United States District Judge